# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUSTOMS AND TAX CONSULTANCY LLC, | |
| Petitioner, | |
| vs. | Civil Action No. _____ |
| THE DEMOCRATIC REPUBLIC OF THE CONGO, | |
| Respondent. | |

## DECLARATION OF JEAN-CHRISTOPHE HONLET

I, Jean-Christophe Honlet, state the following:

1. I am over the age of 18 and am competent to make this declaration.

2. Except as otherwise stated herein, I make the statements contained herein from personal knowledge, and if sworn as a witness, will testify to the truth thereof.

3. I am admitted as a member of the Bar in Paris, France.

4. I am a partner in the Paris office of Dentons Europe LLP.

5. I am one of the lawyers who represented Customs and Tax Consultancy LLC ("CTC") before the International Chamber of Commerce, International Court of Arbitration in ICC Arbitration Case No. 19515/MCP against the Democratic Republic of the Congo.

6. I make this affidavit in support of CTC's Petition to Confirm Arbitration Award and to Enter Judgment.

7. Attached hereto as **Exhibit 1** is a true and correct copy of the authenticated original of the July 22, 2015 Partial Award in ICC Arbitration Case No. 19515/MCP (the "Partial Award"), which was sent to the parties by overnight courier on July 22, 2015.

1

8. Attached hereto as **Exhibit 2** is a certified translation from French to English of the Partial Award.

9. Attached hereto as **Exhibit 3** is a true and correct copy of the authenticated original of the November 19, 2015 Addendum to the Partial Award in ICC Arbitration Case No. 19515/MCP (the "Addendum"), which was sent to the parties by overnight courier on November 19, 2015.

10. Attached hereto as **Exhibit 4** is a certified translation from French to English of the Addendum.

11. Attached hereto as **Exhibit 5** is a true and correct copy of the authenticated original of the February 22, 2016 Final Award in ICC Arbitration Case No. 19515/MCP (the "Final Award"), which was sent to the parties by overnight courier on February 22, 2016.

12. Attached hereto as **Exhibit 6** is a certified translation from French to English of the Final Award.

13. The basis of CTC's claims in the arbitration was a Technical Assistance Contract between CTC and the Democratic Republic of the Congo (the "Contract"). Attached hereto as **Exhibit 7** is a true and correct copy of Clause 24 of the Contract (the "Arbitration Clause"). A certified translation of the Arbitration Clause from French to English is set out at page 10 of the Partial Award in **Exhibit 2**.

14. In the arbitration, CTC sought to obtain payments due it under the Contract from the Democratic Republic of the Congo.

15. The Arbitral Tribunal found substantially in favor of CTC and against the Democratic Republic of the Congo.

16.    In the Partial Award, the Arbitral Tribunal awarded damages to CTC of $91,696,347 for its unpaid invoices and an additional $3,750,000 for the unpaid demobilization indemnity and repatriation allowance to which CTC was due under the Contract, and ordered that these amounts would be subject to interest at the rate of 1.5% per month as specified in the Partial Award, i.e. at any time following the Partial Award, pre- and post-confirmation judgment, until full payment. *See* Ex. 1, Partial Award, ¶ 239.

17.    In the Addendum, the Arbitral Tribunal corrected a calculation error in the Partial Award by awarding to CTC the additional amount of $853,751. *See* Ex. 3, Addendum, Ruling Clause.

18.    In the Final Award, the Arbitral Tribunal allocated responsibility for the arbitral fees as between the parties, ordering the that the Democratic Republic of the Congo pay to CTC $162,500 in accordance with that allocation, and decided liability for legal fees, ordering the Democratic Republic of the Congo to pay to CTC €200,000. *See* Ex. 5, Final Award, ¶ 48. The Arbitral Tribunal further awarded interest at the rate of 5% per year on these sums as specified in the Final Award. *Id.*

19.    Based upon my personal knowledge, I certify that the documents attached to this declaration are genuine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12th, 2018.

_____
Jean-Christophe Honlet