IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUSTOMS AND TAX CONSULTANCY LLC,<br><br>　　　　Petitioner,<br><br>vs.<br><br>THE DEMOCRATIC REPUBLIC OF THE CONGO,<br><br>　　　　Respondent. | Civil Action No. 1:18-cv-01408 |

**CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Petitioner Customs and Tax Consultancy LLC, certify that to the best of my knowledge and belief, no parent company, subsidiary, affiliate, or company with outstanding securities in the hands of the public owns 10% or more of Customs and Tax Consultancy LLC.

Dated: June 14, 2018
Washington, D.C.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　　 */s/ William T. O'Brien*
　　　　　　　　　　　　　　　　　　　William T. O'Brien (D.C. Bar No. 450891)
　　　　　　　　　　　　　　　　　　　John W. Lomas, Jr. (D.C. Bar No. 976555)
　　　　　　　　　　　　　　　　　　　Daniel Morris (D.C. Bar No. 1018371)
　　　　　　　　　　　　　　　　　　　1900 K Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　Telephone: (202) 496-7500
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 496-7756
　　　　　　　　　　　　　　　　　　　william.obrien@dentons.com
　　　　　　　　　　　　　　　　　　　john.lomas@dentons.com
　　　　　　　　　　　　　　　　　　　daniel.morris@dentons.com